# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER aka GARY FRANCIS FISHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL OF BUREAU OF INVESTIGATION,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:13-cv-00414-SKO<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION FROM 550 (CONDITIONS OF CONFINEMENT) TO 895 (FREEDOM OF INFORMATION ACT) AND VACATING FIRST INFORMATIONAL ORDER<br><br>(Docs. 1 and 2) |

　　　Proceeding pro se, Plaintiff Gary Dale Barger, aka Gary Francis Fisher, filed a civil action on March 7, 2013. The action was erroneously designated as a prison conditions of confinement case. Accordingly, the Court HEREBY ORDERS as follows:

　　1.　The Clerk of the Court shall re-designate this action from 550 (conditions of confinement) to 895 (Freedom of Information Act); and

　　2.　The First Informational Order, filed on March 21, 2013, is VACATED.

IT IS SO ORDERED.

**Dated:   March 22, 2013**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE