1
2
3
4
5      # UNITED STATES DISTRICT COURT
6      ## EASTERN DISTRICT OF CALIFORNIA
7
8      GARY DALE BARGER aka                    CASE NO. 1:13-cv-00414-SKO
       GARY FRANCIS FISHER,
9                                              ORDER DIRECTING CLERK'S OFFICE TO
                        Plaintiff,             RE-DESIGNATE ACTION FROM 550
10                                             (CONDITIONS OF CONFINEMENT) TO 895
       v.                                      (FREEDOM OF INFORMATION ACT) AND
11                                             VACATING FIRST INFORMATIONAL
       FEDERAL OF BUREAU OF                    ORDER
       INVESTIGATION,
12                                             (Docs. 1 and 2)
                        Defendant.
13
14     _____/
15           Proceeding pro se, Plaintiff Gary Dale Barger, aka Gary Francis Fisher, filed a civil action
16     on March 7, 2013.  The action was erroneously designated as a prison conditions of confinement
17     case.  Accordingly, the Court HEREBY ORDERS as follows:
18           1.      The Clerk of the Court shall re-designate this action from 550 (conditions of
19                   confinement) to 895 (Freedom of Information Act); and
20           2.      The First Informational Order, filed on March 21, 2013, is VACATED.
21
22     IT IS SO ORDERED.
23     **Dated:    March 22, 2013**              _____/s/ Sheila K. Oberto_____
24                                               UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1