# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, a.k.a. GARY FRANCIS FISHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Case No.  1:13-cv-00414-LJO-SAB<br><br>ORDER CORRECTING PLAINTIFF'S NAME ON DOCKET |

Plaintiff filed the complaint in this action on March 7, 2013.  (ECF No. 1.)  Plaintiff's complaint identified Plaintiff's name as "Gary Dale Barger," but indicated that Plaintiff was also known as "Gary Francis Fisher" and "Sonny Barger II."  Plaintiff's complaint also indicated that his prisoner identification number was "F-85263."

On April 9, 2013 and May 1, 2013, the Court received notice that mail sent from the Court to Plaintiff was undeliverable as addressed because the name used by the Court (Gary Dale Barger) did not match the prisoner identification number used by the Court (F-85263).  According to the California Department of Corrections & Rehabilitation's website[1], the prisoner identification number F-85263 is associated with "Gary Francis Fisher."

---

[1] The California Department of Corrections & Rehabilitation's website maintains an inmate locator application which can be accessed at http://inmatelocator.cdcr.ca.gov/search.aspx.

1

Based upon this information, the Court HEREBY ORDERS the Clerk of the Court to correct the docket and update the Court's records to change Plaintiff's name from "Gary Dale Barger" to "Gary Francis Fisher."

IT IS SO ORDERED.

Dated: **May 3, 2013**

UNITED STATES MAGISTRATE JUDGE